UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 1 6 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| STEVE WYLIE<br>Plaintiff, | §<br>§<br>§ |
| vs | § CIVIL ACTION NO. 11-4090 |
| INSURANCE COMPANY OF<br>NORTH AMERICA<br>Defendant. | §<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Insurance Company of North America ("ICNA"), Defendant in the matter entitled, "Steve Wylie v. Insurance Company of North America" now pending in the Circuit Court of Hempstead County, Arkansas, bearing Cause Number 2011-123-1, through undersigned counsel, pursuant to 28 U.S.C. §1441 and §1446, gives notice of removal of this suit from the Circuit Court of Hempstead County, Arkansas, to the United States District Court in and for the Western District of Arkansas, Texarkana Division, for the reasons set forth below.

1. On or about August 11, 2011, Plaintiff Steve Wylie ("Wylie") filed a Complaint in Circuit Court of Hempstead County, Arkansas, in Cause Number 2011-123-1.

2. The Complaint was served on Defendant ICNA on August 19, 2011, through its registered agent.

3. This Notice of Removal is being filed within thirty (30) days after receipt by ICNA, of a copy of the Complaint, and is, thus, timely filed under 28 U.S.C. §1446(b).

4. ICNA has not filed an answer in the Circuit Court of Hempstead County.

5. The above-described action is a civil action involving a claim by Plaintiff for his 1976 houseboat, which sank. Plaintiff alleges in his Complaint, attached as Exhibit A, that the

houseboat was insured by Defendant during the time of the loss. Plaintiff seeks compensation for the houseboat itself, loss of use, storage fees, towing and assistance expenses, loss of personal property aboard the vessel, reasonable expenses incurred while protecting the vessel from further damage, attorneys fees, interest and 12% statutory damages.

6. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. §1332, in that there is a complete diversity of citizenship among the parties to this action and the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs. The instant Notice of Removal is brought pursuant to 28 U.S.C. § 1441(a).

7. Upon information and belief, the citizenship of the parties is as follows. Plaintiff is a citizen of Arkansas. Defendant ICNA is a Pennsylvania insurance company. Accordingly, complete diversity of citizenship exists between Plaintiff and Defendant.

8. Although Plaintiff fails to assign a precise value to the damages he seeks, the amount appears to exceed $75,000, bringing it within the jurisdiction of this Court.

9. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). At this time, those items include only the Complaint (Ex. A) and the return of service (Ex. B); *see also* the Certificate of Record (Ex. C) and Docket Sheet (Ex. D).

10. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

Defendant Insurance Company of North America requests that the above-described action now pending in the Circuit Court of Hempstead County, Arkansas be removed to this Honorable Court.

Respectfully submitted,

BY: _____
Jim L. Julian, ABN 79109
julian@cnjlaw.com
CHISENHALL NESTRUD &
JULIAN, P.A.
400 West Capitol Avenue, Suite 2840
Little Rock, AR  72201
(501) 372-5800
(501) 372-4941 fax


**ATTORNEY IN CHARGE FOR DEFENDANT INSURANCE COMPANY OF NORTH AMERICA**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the lawyers listed below in accordance with Rule 5 of the FRCP on this the ___ day of September 2011, by facsimile, certified mail, and/or electronic service:

Jim Jackson
Reid D. Miller
Patton Roberts, PLLC
111 Center Street, Ste. 1350
Little Rock, AR 72201


_____
Jim L. Julian